■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS CHAMORRO, Appellant. [704 NYS2d 858] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered December 2, 1997, convicting him of murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpre-

served for appellate review, without merit, or relate to errors that are harmless in light of the overwhelming evidence of guilt *(see, People v Crimmins,* 36 NY2d 230). O'Brien, J. P., Sullivan, Goldstein and H. Miller, JJ., concur.